# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

WARREN SKILLERN,                          :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :          CIVIL ACTION NO.: CV611-097
                                          :
CHIEF JUDGE GEORGIA COURT                 :
OF APPEALS,                               :
                                          :
          Defendant.                      :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's Objections underscore the Magistrate Judge's conclusion that Plaintiff failed to show he was in imminent danger of serious physical injury at the time he filed his Complaint and are without merit.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. Plaintiff's Motion to Strike and Motion to Change Venue are **DISMISSED** as moot. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2 day of _____, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)